# Court of Appeals
# of the State of Georgia

ATLANTA,  June 02, 2025

*The Court of Appeals hereby passes the following order:*

**A25D0386. JOUVAL ZIVE v. CLAYTON COUNTY, GEORGIA.**

Following his convictions for code violations in the Clayton County Magistrate Court, Jouval Zive filed one or more petitions for review in superior court. After the superior court dismissed his case without addressing the merits, Zive filed three separate applications for discretionary review in this Court.  Those applications were docketed as Case Nos. A25D0384, A25D0385, and A25D0386.  The applications in Case Nos. A25D0384 and A24D0386 both sought review of Zive's conviction for failure to maintain his property; the application in Case No. A25D0385 sought to challenge Zive's conviction for operating a business without a license. We granted Zive's applications in Case Nos. A25D0384 and A25D0385. Given that the current application (Case No. A25D0386) is duplicative of the one filed (and granted) in Case No. A25D0384, this application is hereby DISMISSED as moot.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  06/02/2025

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

          *, Clerk.*